UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DWAYNE ARNETT TOOMER,**

          **Petitioner,**

**-vs-**                                  **Case No.  6:10-cv-1197-Orl-19KRS**

**UNITED STATES OF AMERICA,**

          **Respondent.**

_____

# ORDER

This case comes before the Court on the following:

1. Motion to Stay the Proceedings by Petitioner Dwayne Arnett Toomer. (Doc. No. 16, filed Oct. 29, 2010); and

2. Response to Motion to Stay the Proceedings by United States of America (Doc. No. 22, filed Nov. 15, 2010).

## Background

On October 7, 2010, the Court entered an order granting in part and denying in part Petitioner's motion for *in forma pauperis* status, grand jury transcripts, appointment of legal counsel, abeyance, evidentiary hearing, and recusal of the undersigned. (Doc. No. 8.) Petitioner appealed the Order to the Eleventh Circuit Court of Appeals and petitioned for a writ of mandamus to be issued by the Eleventh Circuit to this Court. (Doc. No. 12, filed Oct. 18, 2010.)

Petitioner now moves to stay the proceedings while his appeal and petition for writ of mandamus are pending before the Eleventh Circuit. (Doc. No. 16.) The Government does not oppose the requested stay. (Doc. No. 22.)

**Analysis**

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Finding no opposition to the Motion to Stay by the Government, the Court will grant Petitioner's Motion to Stay pending the appeal and petition for writ of mandamus currently before the Eleventh Circuit Court of Appeals.

**Conclusion**

Based on the foregoing, it is hereby **ORDERED** and **ADJUDGED** that the Motion to Stay the Proceedings by Petitioner Dwayne Arnett Toomer (Doc. No. 16) is **GRANTED**. The case is **STAYED** until the Eleventh Circuit issues a mandate on the matters from this case currently pending before it.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 17, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Dwayne Arnett Toomer